

**U.S. Department of Justice**

United States Marshals Service

*Northern District of New York*

Syracuse, NY 13261-7260

DATE: January 21, 2014

CASE NO: 8:13-CV-1127

TO:

Michael R. Smith

RE:   ATTEMPTED SERVICE ON

Vlock and Associates, P.C., Stephen Vlock, New Falls Corp.   , DEFENDANT

Service of process regarding the above case was attempted on 11/22/13   .

Form USM 299, Acknowledgment of Receipt of Summons and Complaint by Mail, was NOT returned to this office within thirty days of initial mailing by the defendant named on the attached USM 285. Therefore, the U.S. Marshals Service, NDNY, is returning the USM 285 unexecuted.

If you desire this office to make any further attempt to serve the summons and complaint on this defendant, please notify us in writing and submit a new US Marshals form USM 285, summons and complaint along with your request for service in accordance with Rule 4 of the Federal Rules of Civil Procedure.

FAILURE TO COMPLETE SERVICE ON A DEFENDANT MAY RESULT IN A DISMISSAL OF YOUR COMPLAINT AGAINST THAT DEFENDANT.

Sincerely,

David Mc Nulty
United States Marshal
Northern District of New York

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>Michael R. Smith | COURT CASE NUMBER<br>8:13-CV-1127 (LEK/RFT) |
|---|---|
| DEFENDANT<br>New Falls Corporation, et al. | TYPE OF PROCESS<br>summons & complaint |

**SERVE** ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Vlock and Associates, PC

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
380 Madison Ave., 22nd Floor, New York, NY  10017

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Michael R. Smith
26 County Route 18
Lake Clear, NY  12945

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses*, *All Telephone Numbers, and Estimated Times Available For Service*):
Fold                                                                                                    Fold

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
*Lynda Hennessy* (signature)
TELEPHONE NUMBER: 518-257-1804
DATE: 11/20/2013

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>3 | District of Origin No.<br>52 | District to Serve No. | Signature of Authorized USMS Deputy or Clerk<br>DLM | Date<br>11/22/13 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (*See remarks below*)

Name and title of individual served (*if not shown above*)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (*complete only if different than shown above*)

Date of Service: 4/E    Time: ___ am/pm

Signature of U.S. Marshal or Deputy

| Service Fee<br>$8.00 | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges<br>$8.00 | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|

REMARKS:
Served via USPS 11/22/13
Form 299 Rec'd  4/E

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80)<br>(Instructions Rev. 12/08) |
|---|---|---|

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>*See Instructions for "Service of Process by the U.S. Marshal"*<br>*on the reverse of this form.* |
|---|---|

| PLAINTIFF<br>Michael R. Smith | COURT CASE NUMBER<br>8:13-cv-1127 (LEK/RFT) |
|---|---|
| DEFENDANT<br>New Falls Corporation, et al. | TYPE OF PROCESS<br>summons & complaint |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
   New Falls Corporation
**AT**   ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
   100 North Center Street, Newton Falls, OH 44444

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Michael R. Smith
26 County Route 18
Lake Clear, NY  12945

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service)*:

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
*Lynda Hennessy*
TELEPHONE NUMBER: 518-257-1804
DATE: 11/20/2013

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process<br>3 | District of Origin No.<br>52 | District to Serve No. | Signature of Authorized USMS Deputy or Clerk<br>*DCW* | Date<br>11/22/13 |
|---|---|---|---|---|---|

I hereby certify and return that I  ☐ have personally served,  ☐ have legal evidence of service,  ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address *(complete only if different than shown above)*

Date of Service: N/E
Time: am / pm
Signature of U.S. Marshal or Deputy

| Service Fee<br>$80 | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges<br>$80 | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|

REMARKS:  Served via USPS 11/22/13
Form 299 Rec'd ___ N/E

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80)<br>(Instructions Rev. 12/08) |
|---|---|---|

# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Michael R. Smith | 8:13-cv-1127 (LEK/RFT) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| New Falls Corporation, et al. | summons & complaint |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Stephen Vlock, 380 Madison Avenue, 22nd Floor, New York, NY 10017

**AT** ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

~~StephenxVlockx~~
Michael R. Smith
26 County Route 18
Lake Clear, NY 12945

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service)*:

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
*Lynda Hennessy* (signature)
TELEPHONE NUMBER: 518-257-1804
DATE: 11/20/2013

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 3 | 52 | | DCW | 11/22/13 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address *(complete only if different than shown above)*

Date of Service: 4/1E
Time: am/pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 8.00 | | | 8.00 | | | |

**REMARKS:** Served via USPS 11/22/13
Form 299 Rec'd 4/E