\*\*\*\*\* UNITED STATES DISTRICT COURT \*\*\*\*\*

<u>     NORTHERN     </u>  DISTRICT OF  <u>     NEW YORK     </u>

JUDGMENT IN A CIVIL CASE

DOCKET NO: 8:13-CV-1127 (LEK/RFT)

**MICHAEL R. SMITH,**

                     **Plaintiff,**

-AGAINST-

**NEW FALLS CORPORATION,** *et al.*,

                     **Defendants.**

<u>            </u>  **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

<u>     XX     </u>  **DECISION by COURT.** This action came to trial or hearing before the Court. The issues have been tried and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that in the above entitled action, the case is DISMISSED and judgment is entered in favor of the Defendants as against the Plaintiff, In accordance with the MEMORANDUM-DECISION and ORDER of the Honorable Lawrence E. Kahn, U. S. District Judge, dated September 10, 2014.

**DATE:**  <u>   September 10, 2014   </u>          <u>***LAWRENCE K. BAERMAN***</u>
                                                              CLERK OF THE COURT

                                                               *Scott A. Snyder*
                                                               **Courtroom Deputy to the**
                                                               **Honorable Lawrence E. Kahn**